# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and fifteen.

Before:     Raymond J. Lohier, Jr.,
*Circuit Judge.*

_____

| | |
|---|---|
| Scott Fappiano, | **ORDER** |
| Plaintiff-Appellant, | Docket No. 15-260 |
| v. | |
| City of New York, Helene Gottlieb, Gerald Donohue, Clyde Dunbar, Edward Mason, | |
| Defendants-Appellees. | |

_____

The parties jointly move for leave to file portions of the joint appendix in a confidential joint appendix under seal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court